# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KARAN SAINI, | No. 4:18-CV-01546 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Schwab) |
| CRAIG LOWE, | |
| Respondent. | |

## ORDER

**MARCH 18, 2019**

On February 22, 2019, Chief Magistrate Judge Susan E. Schwab recommended dismissing Karan Saini's Petition for a Writ of Habeas Corpus. No timely objections were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation, ECF No. 11, is **ADOPTED**, and the Petition, ECF No. 1, is **DISMISSED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge